**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01570-CR

**RANDOLPH GLENN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76290-M**

## ORDER

The Court **REINSTATES** the appeal.

On September 19, 2016, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the October 11, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel Lawrence Mitchell who has not abandoned the appeal; (3) counsel's back surgery resulted in his inability to work for a period of time; and (4) he requests sixty additional days to file the brief. We **ORDER** appellant to file his brief no later than December 19, 2016.

/s/    ADA BROWN
        JUSTICE